OPEN ACCESS LAW, APC
Jason Theodore Soller (SBN 306137)
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
Telephone: (213) 401-4114
cm@oaxlaw.com

Attorneys for Plaintiff,
DAWN STEVENS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN STEVENS,<br><br>   Plaintiff,<br><br>  vs.<br><br>FLAVORS FROM AFAR, INC.;<br>LANDESTINE, LLC; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:25-cv-11897-SVW (PDx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

  Notice is hereby given that Plaintiff DAWN STEVENS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

 DATED:  January 20, 2026    **OPEN ACCESS LAW, APC**


             */s/ Jason Theodore Soller*
             Jason Theodore Soller, Esq.
             Attorney for Plaintiff